UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH ANN SMITH-WOOD,

       Plaintiff,                          CASE NO: 8:20-CV-01476

vs

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

       Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Response:

1. Elizabeth Ann Smith-Wood

2. Caij E. Dondra Simone Murphy

3. Karly R. Christine, Esquire

4. Christine Law PA Law Offices

5. James B. Thompson, Jr., Esquire

6. Thompson Miller PA

7. Government Employees Insurance Company

8. Berkshire Hathaway, Inc. (parent company)

2)    The name of every other entity whose publicly traded stock, equity, or debt may be

01556959-1

substantially affected by the outcome of the proceedings:

None other than as listed above.

3)      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4)      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential

conflict of interest involving the district judge and magistrate judge assigned to this case and will

immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was, on July 13, 2020, electronically filed with the Clerk of the Court which will electronically send the filing to all parties of record and was also sent by eservice to Karly R. Christine and Christine Law PA at karly@justiceformyinjury.com and pleadings@justiceformyinjury.com.

/s/ James B. Thompson, Jr.

_____
JAMES B. THOMPSON, JR, ESQUIRE
Counsel for Defendant

01556959-1